UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN RANDALL FUTCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV405-163 |
| | ) | |
| JAMES L. COURSEY, JR., RUSSELL SMITH, and GERALD SISCO, | ) ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

On September 9, 2005, this Court denied plaintiff leave to proceed *in forma pauperis* and ordered plaintiff to submit the full filing fee of $250.00. Plaintiff has filed a motion stating that he wishes to voluntarily dismiss his case at this time so he may pursue other remedies within the prison system. Accordingly, the Court recommends that this case be DISMISSED WITHOUT PREJUDICE.

**SO REPORTED AND RECOMMENDED** this 21st day of September, 2005.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA